

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:24-cr-163 |
| ) | |
| v.                                           ) | Possession with Intent to Distribute 5 |
| ) | Kilograms or More of Cocaine |
| STERLING HILL, JR.,              ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| ) | (Count 1) |
| Defendant.            ) | |
| ) | Forfeiture Allegation |

NOVEMBER 2024 TERM – AT RICHMOND, VIRGINIA

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Distribute Cocaine)

On or about September 16, 2024, in the Eastern District of Virginia, the defendant, STERLING HILL, JR., did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of any of the offenses charged in Count One of this Indictment, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance Title 21, United States Code, Section 853).

A TRUE BILL:

JESSICA D. ABER
United States Attorney

By: *(signature)*
Olivia L. Norman
Assistant United States Attorney
Katherine E. Groover
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office